

---

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

May 6, 2019

Honorable Cecilia G. Morris
Chief United States Bankruptcy Court Judge
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

    Re:    Michael Hall
           Bankruptcy Case No: 19-35034

    Our office represents BSI Financial Services ("Secured Creditor") in this matter. Pursuant to the creditor loss mitigation affidavit filed by Secured Creditor on March 15, 2019, in the above referenced matter, please let this letter serve as a status report and summary of what has transpired between the parties.

    On April 29, 2019 our office received financials form the debtor to enable the Secured Creditor to verify the income presented in the debtor's schedules. Once the income is verified by the Secured Creditor, a modification offer will be formally issued. The terms of the current streamline modification are as follows:
- Total unpaid principal balance (UPB) of $348,750
- Rate 7.25%
- Term 480 months
- Approximate monthly principal and interest (P&I) of $2231
- Approximate monthly taxes and insurance (T&I) of $500

    **Please feel free to contact our office should you have additional questions.**

    Sincerely,

    /s/ Jonathan Schwalb, Esq.
    Jonathan Schwalb, Esq.
    Friedman Vartolo LLP
    85 Broad Street, Suite 501
    New York, New York 10004
    (P) 212.471.5100
    bankruptcy@friedmanvartolo.com